**This document was signed electronically on May 13, 2019, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: May 13, 2019**



**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## AKRON DIVISION

| | |
|---|---|
| IN RE: | IN PROCEEDINGS UNDER CHAPTER 7 |
| TODD C. LAWRENCE | CASE NO: 19-50098 |
| Debtor | JUDGE: ALAN M. KOSCHIK |

## ORDER GRANTING MOTION OF NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER FOR RELIEF FROM STAY AND ABANDONMENT (docket #12)

## (90 South River Road, Munroe Falls, OH 44262)

This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") (docket #12). Movant has alleged that good cause for granting the Motion exists, and that Debtor, counsel for Debtor, the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date of the Motion. Debtor filed a Motion in Opposition for Relief from Stay (docket #14). A hearing was held on May 8, 2019. Counsel for Creditor appeared. Nobody appeared on behalf of the Debtor. It was represented to the Court that the mortgage is still delinquent from August 2018. For these reasons, it is appropriate to grant the relief requested.

1

**IT IS, THEREFORE, ORDERED** that the Motion is granted.  The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to Movant, its successors and assigns.

**IT IS FURTHER ORDERED** that the Chapter 7 Trustee is authorized and directed to abandon the property located at 90 South River Road, Munroe Falls, OH 44262.


###

SUBMITTED BY:

/s/ Chris E. Manolis
Shapiro, Van Ess, Phillips & Barragate, LLP
Chris E. Manolis(OH-0076197)
4805 Montgomery Road, Suite 320
Norwood, OH 45212
Phone:  (513) 396-8100
Fax:  (847) 627-8805
cmanolis@logs.com

2

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing was served to the following:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

> Mark Franklin Graziani, Graziani Law, LLC, on behalf of Todd Lawrence a/k/a Todd C Lawrence, debtor(s), at mark_graziani@yahoo.com

> Kathryn A. Belfance, on behalf of the Chapter 7 Trustee's office at kb@rlbllp.com

> United States Trustee at Registered address @usdoj.gov

And by regular U.S. mail, postage prepaid, on:

> Todd Lawrence a/k/a Todd C Lawrence, 90 South River Road, Munroe Falls, OH 44262

> Susan Lawrence, 90 South River Road, Munroe Falls, OH 44262

> Kristen M. Scalise, CPA, CFE, Ohio Building, 175 S. Main St., Suite 400, Akron, OH 44308