UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-BK-50098 |
| | ) | |
| TODD C. LAWRENCE | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| Debtor | ) | JUDGE: KOSCHIK |

## MOTION TO WITHDRAW AS COUNSEL

Attorney Mark Graziani hereby Moves this Court to allow him to withdraw as counsel for the debtor, Todd Lawrence. Over the last couple months, Todd Lawrence has cut off all communication with counsel, preventing him from addressing the remaining merits of this case.

Respectfully Submitted,

_____
Mark F. Graziani #0092927
P.O. Box 1158
Norton, OH 44203
(330) 571-3350 (cell)
mark_graziani@yahoo.com
Attorney for Todd Lawrence

1

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of Counsel's Motion to Withdraw was served by the N.D. of Ohio's electronic system upon the address of attorney Chris Manolis, Shapiro, Van Ess, Phillips & Barragate, LLP, 1100 Superior Avenue, Suite 950, Cleveland, OH 44114, on September 14, 2019.

I hereby certify that a true and accurate copy of Counsel's Motion to Withdraw was served by regular mail upon the address of Todd Lawrence, 90 South River Road, Munroe Falls, OH 44262, on September 14, 2019.

Mark F. Graziani #0092927
Graziani Law, LLC
P.O. Box 1158
Norton, OH 44203
(330) 571-3350 (cell)
mark_graziani@yahoo.com

Attorney for Todd Lawrence